**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

DSCC a/k/a DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, and BILL NELSON FOR U.S. SENATE,

Plaintiffs,

v. CASE NO. 4:18cv526-RH/MJF

KENNETH W. DETZNER, in his official capacity as the Florida Secretary of State,

Defendant.

_________________________________/

## ORDER OF DISQUALIFICATION

I disqualify myself from this case.

SO ORDERED on November 13, 2018.

s/Robert L. Hinkle
United States District Judge