# United States District Court
## CIVIL MINUTES - GENERAL

Time: 11:02 - 11:12 a.m.  
Date: November 14, 2018

Case # 4:18cv526-MW

### DSCC et al v. KENNETH W DETZNER

DOCKET ENTRY: TELEPHONIC STATUS CONFERENCE held. Parties discussed status of case. Ruling by Court: Charles Cooper's ore tenus motion to appear pro hac vice is granted. Defendant's response to motion for preliminary injunction due by 9:00 a.m. on 11/15/18. Plaintiff's reply due by 11:00 a.m. on 11/15/18.

PRESENT:   HONORABLE **MARK E. WALKER**, CHIEF U. S. DISTRICT JUDGE

Victoria Milton McGee  
Deputy Clerk

Megan Hague  
Court Reporter

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):  
Marc Elias

ATTORNEY(S) APPEARING FOR DEFENDANT:  
Mohammad Jazil

ATTORNEY(S) APPEARING FOR INTERVENOR DEFENDANT NATIONAL REPUBLICAN SENATORIAL COMMITTEE:  
Charles Cooper

Initials of the Clerk:  VMM