**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**DSCC, a/k/a DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, and BILL NELSON FOR U. S. SENATE,**

**Plaintiffs,**

**v.** **Case No. 4:18cv526-MW/CAS**

**KEN DETZNER, in his official capacity as Florida Secretary of State,**

**Defendant.**

**_____________________________/**

**ORDER GRANTING MOTION TO INTERVENE**

This Court has considered, without hearing, the Ron DeSantis for Governor Campaign's Emergency Motion to Intervene. ECF No. 30. The motion is **GRANTED.**

**SO ORDERED on November 15, 2018.**

**s/ MARK E. WALKER**
**Chief United States District Judge**