# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DSCC A/K/A DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE and BILL NELSON FOR U.S. SENATE,**

***Plaintiffs*,**

**v.** **Case No. 4:18cv526-MW/MJF**

**KEN DETZNER, in his official capacity as Florida Secretary of State,**

***Defendant*.**

**_______________________________________/**

**SUPPLEMENT TO ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

This Court denied Plaintiff's emergency motion for a temporary restraining order and preliminary injunction on November 15, 2018. ECF No. 33. Since the issue addressed was preliminary, the parties may wish the matter to proceed to final resolution on the merits. This Court directs the parties to confer and file indication of how they intend to proceed on or before November 30, 2018.

**SO ORDERED on November 19, 2018.**

**s/Mark E. Walker**
**Chief United States District Judge**