UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| DSCC a/k/a DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE and BILL NELSON FOR U.S. SENATE,<br>    Plaintiffs,<br>v.<br>KENNETH DETZNER, in his official capacity as the Florida Secretary of State,<br>    Defendant. | Case No. 4:18-cv-00526-MW/MJF |

## NOTICE OF SUBSTITUTION OF PARTY

Federal Rule of Civil Procedure 25(d) provides that when a "public officer who is a party in an official capacity . . . ceases to hold office while the action is pending," that "officer's successor is automatically substituted as a party." Consistent with Rule 25(d), the undersigned notices the substitution of Michael Ertel, in his official capacity as the Florida Secretary of State, as the successor to Kenneth Detzner.

1

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES**

The undersigned further certifies that this Reply complies with the size, font, and formatting requirements of Local Rule 5.1(C).

                                              Respectfully submitted by:

BRADLEY R. MCVAY (FBN 79034)
  *Interim General Counsel*
  brad.mcvay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48032)
  *Deputy General Counsel*
  ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 /   (850) 245-6127 (fax)

*/s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
  mjazil@hgslaw.com
GARY V. PERKO (FBN 855898)
  gperko@hgslaw.com
MALCOLM N. MEANS  (FBN 0127586)
  mmeans@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)

Dated:  January 8, 2019          *Counsel for the Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on this **8**[th] day of January 2019.

                                                  */s/ Mohammad O. Jazil*
                                                  Attorney