**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**DSCC A/K/A DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE and BILL NELSON FOR U.S. SENATE,**

***Plaintiffs,***

**v.** **Case No. 4:18cv526-MW/MJF**

**MICHAEL ERTEL, in his official capacity as Florida Secretary of State,**

***Defendant.***

**_________________________________/**

# ORDER CLOSING FILE

Plaintiff has filed a Notice of Voluntary Dismissal dismissing without prejudice this action. ECF No. 53. Inasmuch as the defendant has not filed an answer or motion for summary judgment, the Notice of Voluntary Dismissal is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk must enter judgment stating, "This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)." The Clerk must close the file.

**SO ORDERED on January 22, 2019.**

**s/Mark E. Walker**
**Chief United States District Judge**