**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

DSCC, ET AL

VS CASE NO. 4:18-cv-526-MW/MJF

MICHAEL ERTEL

**JUDGMENT**

This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a).

JESSICA J. LYUBLANOVITS
CLERK OF COURT

January 22, 2019
DATE

s/ Ronnell Barker
Deputy Clerk: Ronnell Barker